MINER, Respondent, *v.* EDISON COMPANY FOR ISOLATED LIGHTING OF THE CITY OF NEW YORK, Appellant.

(*Common Pleas of New York City and County, General Term.*  May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*Eaton & Lewis*, for appellant.   *Howe & Hummel*, for respondent.
Judgment affirmed, with costs.

---

PLATT, Appellant, *v.* OWEN, Respondent.

(*Common Pleas of New York City and County, General Term.*  May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*J. M. Ferguson*, for appellant.   *William Stone*, for respondent.
Judgment affirmed, with costs.

---

POOLE, Respondent, *v.* HARRIS *et al.*, Appellants.

(*Common Pleas of New York City and County, General Term.*  May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*W. & W. Saunders*, for appellants.   *Foster & Wilson*, for respondent.
Judgment affirmed, with costs.

---

POST *v.* MANHATTAN RY. CO. *et al.*

(*Common Pleas of New York City and County, General Term.*  May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
Judgment affirmed, with costs.

---

RICE, Respondent, *v.* MADDOX, Appellant.

(*Common Pleas of New York City and County, General Term.*  May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
Judgment affirmed, with costs.

---

VINCENT, Appellant, *v.* PREFERRED MUT. ACC. ASS'N, Respondent.

(*Common Pleas of New York City and County, General Term.*  May 6, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*W. B. Kingham*, for appellant.   *Blair & Rudd*, for respondent.
Judgment affirmed, with costs.   (Memorandum on papers.)

---

WATERS, Respondent, *v.* MAGINN, Appellant.

(*Common Pleas of New York City and County, General Term.*  May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*W. R. Leggett*, for appellant.   *Wm. G. Oppenheim*, for respondent.
Judgment affirmed, with costs.

---

WEEKS *et al.*, Respondents, *v.* LOWENBERGER, Appellant.

(*Common Pleas of New York City and County, General Term.*  May 6, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*C. L. Cohen*, for appellant.   *S. S. Harris*, for respondents.
Judgment affirmed, with costs.   (Memorandum on papers.)